IN THE UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **JOHN DOE, individually and on behalf of His minor child, MICHAEL DOE**<br><br>　　Plaintiff,<br><br>v.<br><br>**INSTITUTE FOR DEFENSE ANALYSES GROUP BENEFIT PLAN.**<br><br>　　　　　Defendant,<br><br>And<br><br>**AETNA LIFE INSURANCE COMPANY,**<br><br>　　　　　Defendant. | Civil Action No.: 1:24-cv-1211-PTG-WEF |

### ORDER

This Court having reviewed the Pleadings herein and the Motion of the Plaintiff and finds them sufficient and grants their Motion;

ORDERED That the Clerk allow the Matter to be sealed as to ECF 21 and the pleading shall be struck.

December 12, 2024　　　　　　　　　　　　　　　　　　　Hon. William E. Fitzpatrick
Alexandria, Virginia　　　　　　　　　　　　　　　　　　United States Magistrate Judge